IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CINDY L. GRANT,**                                                CV 04-129-HU

        Plaintiff,                                        ORDER

v.

**SOLOFLEX, INC., an Oregon
corporation, JERRY WILSON
and MARILYN WILSON,**

        Defendants.

**STEPHEN L. BRISCHETTO**
520 S.W. Yamhill Street, Suite 500
Portland, OR  97204
(503) 223-5814

        Attorney for Plaintiff

**STEVE D. LARSON
EMILY S. COURTNAGE**
Stoll Stoll Berne Lokting & Shlachter P.C.
209 S.W. Oak Street, Fifth Floor
Portland, OR  97204
(503) 227-1600

        Attorneys for Defendants

1 - ORDER

**BROWN, Judge.**

Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#89) on March 1, 2005, in which he recommended the Court deny Defendants' Motion for Summary Judgment (#29). Defendants filed timely objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982). This Court has reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#89) and, accordingly, **DENIES** Defendants' Motion

for Summary Judgment (#29).

IT IS SO ORDERED.

DATED this 16th day of May, 2005.

/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

Grant CV 04-129 F&R.05-16-05.wpd